## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **RAY S. YOUNG,** | **:** | |
| **Plaintiff,** | **:** | |
| **vs.** | **:** | **CIVIL ACTION 07-0537-WS-C** |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | **:** | |
| | **:** | |
| **Defendant.** | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying

plaintiff benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), *see*

*Melkonyan v. Sullivan*, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991), for further

proceedings not inconsistent with this decision. The remand pursuant to sentence four of §

405(g) makes the plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28

U.S.C. § 2412, *Shalala v. Schaefer*, 509 U.S. 292, 112 S.Ct. 2625, 125 L.Ed.2d 239 (1993), and

terminates this Court's jurisdiction over this matter.

**DONE** this 17th day of December, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE