IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

RAY S. YOUNG,                    :

    Plaintiff,               :

vs.                              :            CA 07-0537-WS-C

MICHAEL J. ASTRUE,               :
Commissioner of Social Security,
                              :

    Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $663.24 under the Equal Access to Justice Act, representing compensation for the four (4) hours of service by William T. Coplin, Jr., Esquire, at the cost-of-living-adjusted rate of $165.81 per hour.

**DONE** and **ORDERED** this 1st day of April, 2008.

                                                    s/WILLIAM H. STEELE
                                                    UNITED STATES DISTRICT JUDGE